UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

2019 APR -5 P 6:11

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Magistrate Case No. 1:19-mj-00120-JCN |
| | ) (18 U.S.C. § 876(c)) |
| SUZANNE E. MUSCARA | ) |

### CRIMINAL COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
(Mailing Threatening Communications)

On about October 17, 2018, in the District of Maine and elsewhere, defendant

### SUZANNE E. MUSCARA

knowingly and willfully did deposit in a post office or authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to Susan Collins "or current resident" at a specific address in Bangor, Maine. The communication contained a threat to injure the addressee. Senator Susan Collins is an official who is covered by Title 18, United States Code, Section 1114. The defendant thus violated Title 18, United States Code, Section 876(c).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

Michel J. Verhar
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: April 5, 2019

City and state: Bangor, ME

John C. Nivison U.S. Magistrate Judge
*Printed name and title*