## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michel J. Verhar, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and I have been employed as a Special Agent with the FBI since 2001. I am currently assigned to the Bangor, Maine Resident Agency. I am a law enforcement officer of the United States empowered by law to conduct investigations of and to make arrests for federal offenses, including that contained in Title 18, United States Code, Section 876.

2. I make this affidavit in support of a complaint. This affidavit is intended to provide the facts necessary for a determination of probable cause.

3. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers, and on my experience and training as a federal agent.

### PROBABLE CAUSE

**Mailing One**

4. On October 15, 2018, multiple law enforcement agencies responded to a residence of Thomas Daffron and his spouse U.S. Senator Susan Collins, located in Bangor, Maine, after being notified by Daffron that he had opened and handled a letter purportedly contaminated by ricin. In summary, Daffron informed investigators that he was opening mail while at the house alone. He opened an envelope that was addressed to him and began reading the enclosed letter. The typed and unsigned letter claimed to have been "coated in Ricin residue", said "Good Luck to you and Susan in the next life" and stated "your wife has betrayed the people of Maine along with the American people and this will be her downfall." The

envelope bore a Bangor, Maine return address and a name but was postmarked in both Tacoma and Olympia, Washington on October 12, 2018.

5. Two hazardous materials response teams responded to the residence, and conducted preliminary field tests for the presence of biological toxins before determining that no hazardous materials were present.

**Mailing Two**

6. As a result of Mailing One, USPIS supervisors assigned a U.S. Postal Inspector to hand-screen all mail addressed to the Daffron and Collins residence. On October 17, 2018, inside the USPS mail sorting facility in Hampden, Maine, the Postal Inspector examined a hand-printed envelope that was addressed to "Susan Collins or current resident", bore her street address, and a return street address corresponding to a residence in Bangor, Maine (different from the Bangor return address on Mailing One). The Postal Inspector observed a fine white powder leaking from the envelope. He initiated his standard operating procedures for handling and field testing potentially hazardous mail, and determined that no hazardous materials were present. The Inspector and I spoke and he then transported the letter to the HETL in Augusta.

7. After conducting multiple tests, the HETL advised me that the envelope, powder, and contents of the envelope were negative for ricin toxin as well as negative for several other toxic substances.

8. The HETL provided me photographs of the envelope and the contents. Inside the envelope was a double-sided, Aetna Medicare Solutions colored flyer. On one side of the flyer there is blue handwriting. The handwriting reads, "AnthRAX!!! HA HA HA!!!" A stick-figure face has been drawn with the letter "X" for eyes, the tongue sticking out, and with "You" and an arrow pointing at the stick figure face.

2

9. After accepting custody of the envelope and the contents comprising Mailing Two from the HETL, I entered the items into FBI evidence and had them transferred to the FBI Laboratory in Quantico, Virginia, and requested forensic examinations.

10. The FBI Chemistry Unit advised the fine white powder inside the envelope was consistent with starch.

11. The FBI Latent Fingerprint Unit identified one friction ridge print on the exterior of the envelope. The print was a match in the Next Generation Identification (NGI) system for the right thumb print of Suzanne Elizabeth Muscara, date of birth in January 1982. NGI is the FBI's friction ridge print database. That database collects fingerprints received from state and federal law enforcement agencies. Muscara was arrested in Pennsylvania in 2013 and her fingerprints were collected in connection with that arrest.

**Additional Facts**

12. I searched Maine State databases and learned that Suzanne Muscara has a Maine driver's license, which listed a home address in Burlington, Maine.

13. On April 5, 2019, Special Agent Alex White and I located Muscara in Burlington. We provided Muscara with Miranda warnings. She waived Miranda rights and agreed to speak with us. In summary, Muscara told us that she had sent an envelope by mail to Senator Susan Collins that contained a white powder. She said that the white powder was not poison. She recalled that she had written and enclosed a note in the envelope with the powder. She told us she did not recall the exact wording of the note, but did recall using the word "anthrax." Muscara told us that she thought the letter would be intercepted by law enforcement before it reached Senator Collins and did not believe the note would be taken seriously.

14. Based on the foregoing, I submit that there is probable cause to believe that Suzanne E. Muscara has mailed a threatening communication in violation of Title 18, United States Code, Section 876(c).

*Michel J. Verhar* (signature)

Michel J. Verhar
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: April 5, 2019

City and state: Bangor, ME

*Judge's signature*

John C. Nivison U.S. Magistrate Judge
*Printed name and title*

4