UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

2019 APR 17 P 5:24

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No: 1:19-cr-00075-JAW |
| | ) (18 U.S.C. § 876(c)) |
| SUZANNE E. MUSCARA | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Mailing Threatening Communication)

On about October 17, 2018, in the District of Maine and elsewhere, defendant

**SUZANNE E. MUSCARA**

knowingly and willfully did deposit in a post office or authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to Susan Collins "or current resident" at a specific address in Bangor, Maine. The communication contained a threat to injure the addressee. Senator Susan Collins is an official who is covered by Title 18, United States Code, Section 1114.

Thus, the defendant violated Title 18, United States Code, Section 876(c).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney
Dated: APRIL 17, 2019