# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

2019 NOV -4 P 1:09

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:19-cr-75-LEW |
| ) | |
| SUZANNE E. MUSCARA, ) | |
| ) | |
| Defendant. ) | |

## JURY VERDICT FORM

### COUNT ONE – MAILING THREATENING COMMUNICATION

We, the Jury, find the Defendant, Suzanne Muscara,

_____ (or) **GUILTY BEYOND A REASONABLE DOUBT**

(Not Guilty)           (Guilty Beyond a Reasonable Doubt)

*Please sign and date the form.*

Dated: 11/4/2019

Signature Redacted – Original on file with the Clerk's Office

Jury Foreperson