**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Docket No. 1:19-cr-00075-LEW |
| | ) | |
| **SUZANNE E. MUSCARA** | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorneys, Halsey B. Frank, United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, hereby submits this sentencing memorandum in support of a 6-level enhancement pursuant to U.S.S.G. § 3A1.2(b). The defendant objects to the imposition of this 6-level enhancement stating, in part: "Insofar as the government's evidence establishes that Ms. Muscara did not know who Susan Collins was, it goes without saying that she did not know she was a United States Senator and thus any communication to her could not have been motivated by that status." Revised PSR, Objection #1.

The issue before the Court is whether the defendant's actions in this case were motivated by Senator Susan Collins' status as a government officer or employee. See U.S.S.G. § 3A1.2(a) and (b). The government asserts that the record clearly reflects the defendant's conduct was motivated by Senator Collins' status.

On April 5, 2019, the defendant was interviewed by law enforcement. This interview was recorded. Excerpts from this interview were admitted at the defendant's trial. See Government Ex. 2 and 2T. It is clear throughout this interview that the defendant's decision to mail a threatening communication was motivated by Senator Collins' status as a government officer or employee. Although the defendant may have initially been unsure of Susan Collins' status as a United States Senator, she had clearly learned of Senator Collins' status and was motivated by that status at the time the defendant sent her letter. The following excerpts reveal

1

the defendant's motive for sending the letter:

> SM (Suzanne Muscara): Okay. So because I was in this place and just have a radio. I was listening to the radio every day.
>
> AW (Law Enforcement): Okay.
>
> SM: And apparently there was a dude named Kavanaugh.
>
> AW: Yeah.
>
> SM: who like raped somebody from high school, whatever.
>
> AW: Okay.
>
> SM: And I was following that pretty closely.
>
> AW: Alright.
>
> SM: And they were wound up and people were protesting and saying everyone should vote against him, he shouldn't be on the Supreme Court this, that and the other thing.
>
> AW: Okay.
>
> SM: Then I heard them say, oh, on the news one day, it was like some suspicious letter arrived at such and such's house, Susan Collins, right.
>
> AW: Mmm hmm.
>
> SM: Because she voted for him or something like that.
>
> AW: Okay.
>
> SM: And I was like, well whatever, and I kept listening to the news every day. (inaudible)
>
> AW: Okay.
>
> SM: And then I Googled her, because I don't know who she is. And I don't really keep up with senators or whatever.
>
> AW: Okay.
>
> SM: So, I was reading about her and I just found the whole thing, well, I think she's a jerk off for allowing rapists to become whatever Supreme Court, whatever he did.
>
> AW: Yep.

> SM: But, um, so, I took like some baking soda or somethin' – I found her address, I found out who she was, I was like, who is this lady or whatever, I never heard of her. I heard everybody was protesting her or whatever.
>
> AW: Right.
>
> SM: That was the first time I ever heard of her. So I read about her, read about her, read about it and I was like what a jerk off letting a rapist – she's a woman. Like, I've been raped, actually.
>
> AW: Okay.
>
> SM: (inaudible) I'm upset. So I was like, what a fuckin' bitch. So, um, I was like, that's funny, I don't what I should send her – some sort of death threat or some shit, so I Googled her name, I found out who she was and I was like that's funny. So then I put some baking soda into it, and a little picture, and I just thought it was freakin' hilarious, I just mailed it and that's all that I remember. But for some reason I thought there were two, but I can't remember. Like I feel it was one or two.

Govt. Ex. 2T (Excerpt 1), p. 1-2.

> SM: So, I've never even heard of her before. Before this vote, I was following the Kavanaugh hearing thing, so I listen to all the testimony on the radio.
>
> AW: Okay.
>
> SM: And then I heard people are protesting this Susan Collins person and blah, blah, blah. Then I heard, oh, she voted for this guy and he's confirmed. And – I'm not gonna curse, anyway, I don't think very highly of her.
>
> AW: You can curse if you need to.
>
> SM: I said what a stupid bitch, like what, like what an idiot. Like, but anyway, I kind of just was like was like, whatever and I didn't really care anymore, but then I started reading about – it came up in the news the next day on the radio it was like a (inaudible) letter was sent to such and such. And I was like Google'ing it because I didn't know what they were talking about. And I thought it was funny and so, that idea came into my head and to me, it was a joke, but, it's not like I know people who are like protesting this lady or whatever, I just, it was at – I just thought it was funny.

Id. at p.4.

> MV (Law Enforcement): Were you hoping to kinda send a message to her that –
>
> SM: No really, I was copying everything I heard on the radio because it was on the news like every day and then I was bored and I thought it was funny. It's not a message.
>
> MV: Sounds like you were kinda pissed off at her though.

3

SM:   I wasn't pissed off, that was my commentary where I was like wow, she's stupid. Because she had, from what the radio said, like, the people who vote for her were like all protesting and like she just ignored them and I was like wow, she's pretty stupid, like I doubt they'll like vote for her.  I don't even know what she does for a living, like, but I was like, man, I doubt they'll vote for her again, that was pretty stupid of her.  Because a lot of people were like, were like telling her to vote the other way, and then she voted the other way and I was like those are the people who vote for her, so I bet they don't vote for her again, so she's pretty stupid.

Id. at p. 5-6.

In the government's view, these excerpts clearly show the defendant was aware of Susan Collins' status as a United States Senator and that her decision to mail a threatening communication to Senator Collins was motivated by that status.  Thus, applying the 6-level enhancement pursuant to U.S.S.G. § 3A1.2(b) is appropriate.

Dated at Bangor, Maine this 19th day of August, 2020.

Respectfully submitted,

HALSEY B. FRANK
United States Attorney

**BY:  /s/ ANDREW MCCORMACK**
ANDREW McCORMACK
Assistant U.S. Attorney

4

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on August 19, 2020, I filed the GOVERNMENT'S SENTENCING MEMORANDUM with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    James Nixon, Esq., at james_nixon@fd.org

            Halsey B. Frank
            United States Attorney

            <u>BY:  /s/ Andrew McCormack</u>
            Andrew McCormack
            Assistant United States Attorney
            United States Attorney's Office
            202 Harlow Street, Room 111
            Bangor, Maine 04401
            Tel:  207-945-0373
            Andrew.mccormack@usdoj.gov